UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKOU K. THOMPSON, Petitioner, v. EDWARD BORLA, Respondent. | Case No. 2:25-cv-07250 KK (ADS) ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Motion to Dismiss [Dkt. No. 8], Opposition to the Motion to Dismiss [Dkt. No. 9], all the records and files herein, along with the July 24, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 11], and the second Opposition to the Motion to Dismiss ("Objections") [Dkt. No. 12]. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. Petitioner's objections are overruled.

///

///

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 11], is accepted;
2. The Motion to Dismiss [Dkt. No. 8] is granted and the case is dismissed;
3. The Certificate of Appealability is denied; and
4. Judgment is to be entered accordingly.

DATED: September 1, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge