JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SEKOU K. THOMPSON,

Petitioner,

v.

EDWARD BORLA,

Respondent.

Case No. 2:25-cv-07250 KK (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is dismissed.

DATED: September 1, 2026

HONORABLE KENLY KIYA KATO
United States District Judge